NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARK WYMAN,                          )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D16-2296
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____ )

Opinion filed April 20, 2018.

Appeal from the Circuit Court for
Sarasota County; Charles E. Roberts,
Judge.

Jonathan Jay Kirschner of Jonathan Jay
Kirschner, Esq. & Associates, LLC, Fort
Pierce, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.

PER CURIAM.

                Affirmed.

NORTHCUTT, MORRIS, and BLACK, JJ., Concur.